**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

*Electronically Filed*

MARY CONNER　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　　CIVIL ACTION NO.: _____
　　　　　　　　　　　　　　　　　REMOVED FROM KENTON CIRCUIT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 19-CI-00198

ALI-JBARAH-SHAMIIHAI AL-SAEED
and
ANDI GROUP TRUCKING, INC.　　　　　　　　　　　　　　　　　　DEFENDANTS

\* \* \*

**NOTICE OF REMOVAL**

　　　　For its Notice of Removal of this action from the Kenton Circuit Court to the United States District Court for the Eastern District of Kentucky, Defendant Andy Group Trucking, Inc. states:

　　　　1.　　On or about February 5, 2019, Plaintiff Mary Conner filed a Complaint in Kenton Circuit Court, Civil Action No. 19-CI-00198. Copies of all processes and pleadings in said action are attached hereto in accordance with 28 U.S.C. §1446(a).

　　　　2.　　To the best of information and belief, Plaintiff Mary Conner is and was at all times relevant hereto, including the time of the commencement of civil action number 19-CI-00198 and the time of the filing of the Notice of Removal, a citizen and resident of the Commonwealth of Kentucky.

　　　　3.　　Defendant Ali-Jbarah-Shamiihai Al-Saeed is and was at all times relevant hereto, including the time of the commencement of civil action number 19-CI-00198 and

the time of the filing of the Notice of Removal, a resident of the state of Michigan. Defendant Ali-Jbarah-Shamiihai Al-Saeed is not domiciled in, nor is he a citizen or resident of, the Commonwealth of Kentucky.

4. Defendant Andi Group Trucking, Inc. is and was at all times relevant hereto, including the commencement of civil action number 19-CI-00198 and the time of the filing of the Notice of Removal, a corporation organized and existing under the laws of the state of Michigan and having its principal place of business in the state of Michigan. Andi Group Trucking, Inc. is not a Kentucky business entity and does not and did not have its principal place of business in the Commonwealth of Kentucky.

5. This action is one that Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. §1441(a) because this action is between citizens or residents of different states.

6. Pursuant to Kentucky practice, the Complaint in this action did not state a specific amount in controversy. However, in settlement negotiations before suit was filed, Plaintiff asserted a claim for compensatory damages in excess of $75,000, thereby indicating that the amount in controversy exceeds $75,000 exclusive of interest and costs.

7. This Notice of Removal is filed within thirty (30) days after Defendants first became aware of the removability of this action, as required by 28 U.S.C. §1446(b).

8. All Defendants consent to the removal of this action.

Respectfully submitted,

KOPKA PINKUS DOLIN, PC
Stockard R. Hickey III

/s/ Stockard R. Hickey III
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
Phone: 502.785.2809
srhickey@kopkalaw.com
Counsel for Defendants Ali-Jbarah-Shamiihai Al-Saeed and Andi Group Trucking, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid delivery, on April 2, 2019 to Counsel for Plaintiff A. Dominick Romeo, Esq., 5247 Madison Avenue, Independence, Kentucky 41051.

/s/ Stockard R. Hickey III
Counsel for Defendants