UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
FILED
JUN 24 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 19-42-DLB-CJS

MARY CONNOR,
    *Plaintiff,*

v.

ALI-JBARAH-SHAMIIHAI AL-SAEED,
et al.,
    *Defendants.*

: Judge David L. Bunning
: Magistrate Judge Candace J. Smith

** ** ** ** ** **

## ORDER DISMISSING AS SETTLED

The parties hereto being in agreement and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that any and all claims asserted in the above-styled action shall be, and the same hereby are, dismissed with prejudice as settled, with the parties to bear their own costs. This Order is final and appealable as there is no just reason for delay.

23 June 2020

Signed By:
*David L. Bunning*
United States District Judge

Order Tendered by:

/s/ *Kristin M. Lomond*
Kristin M. Lomond
KOPKA PINKUS DOLIN, PC
462 South Fourth Street, Suite 101
Louisville, KY 40202
kmlomond@kopkalaw.com
502.785.2813
*Counsel for Defendants*


Have seen and agree to entry of Order dismissing as settled:

/s/ *Dennis C. Mahoney* (with email permission dated 6/19/2020)
Dennis C. Mahoney
O'CONNOR, ACCIANI & LEVY, LPA
600 Vine Street, Suite 1600
Cincinnati, OH 45202
dcm@oal-law.com
877.288.3241
*Counsel for Plaintiff*